# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LARRY DEAN RIGGS,

    Plaintiff,

vs.

BANK OF NEW YORK MELLON, *et al*.,

    Defendants.

Case No.  2:12-cv-01389-MMD-CWH

**ORDER**

    This matter is before the Court on Plaintiff's Motion for Court of Competent Jurisdiction (#22), filed October 30, 2012.  The Court has reviewed the motion and finds that it is duplicative of Plaintiff's previously filed motions (#9) and (#18).  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Court of Competent Jurisdiction (#22) is **denied**.

    DATED this 19th day of November, 2012.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**