**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LARRY DEAN RIGGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BANK OF NEW YORK MELLON, *et al.*, ) <br> ) <br> Defendants. ) | Case No.  2:12-cv-01389-MMD-CWH <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion for Court of Competent Jurisdiction (#22), filed October 30, 2012.  The Court has reviewed the motion and finds that it is duplicative of Plaintiff's previously filed motions (#9) and (#18).  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Court of Competent Jurisdiction (#22) is **denied**.

DATED this 19th day of November, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**